# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2019

## NO. 03-18-00765-CR

**The State of Texas, Appellant**

**v.**

**David Pena, III, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the district court granting appellee's motion to suppress. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the district court's order pertaining to appellee's statement, and the Court affirms that portion of the district court's order. However, the Court holds that there was reversible error in that portion of the district court's order pertaining to the physical evidence seized from the trunk of appellee's car. Therefore, the Court reverses that portion of the district court's order and remands the case for further proceedings consistent with this opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made as to appellee. However, the State will pay the costs of appeal it incurred, both in this Court and in the court below.